**Jeffrey L. PERRY, Petitioner–Appellant,**

v.

**David A. ROBINSON, Warden, Respondent–Appellee.**

**No. 01–6162.**

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 30, 2001.

Jeffrey L. Perry, pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Jeffrey L. Perry seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Perry v. Robinson,* No. CA–00–1772–AM (E.D. Va. filed Jan. 11, 2001; entered Jan. 12, 2001). We deny Perry's motions for a transcript, for production of documents, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*